NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATATREASURY CORPORATION,**
*Appellant*

v.

**FIDELITY NATIONAL INFORMATION SERVICES, INC.,**
*Appellee*

---

2016-1046, -1048

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00020 and CBM2014-00021.

-------------------------------------------------------------------------------

**DATATREASURY CORPORATION,**
*Appellant*

v.

**JACK HENRY AND ASSOCIATES, INC.,**
*Appellee*

---

2016-1050, -1052

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00056 and CBM2014-00057.

_____

**O R D E R**

The above-captioned appeals appear related.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeals 2015-1046 and 2015-1048 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above.

(2) Appeals 2015-1050 and 2015-1052 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above.

(3) The two sets of consolidated cases shall be considered companions cases and assigned to the same merits panel.

                      FOR THE COURT

                      /s/ Daniel E. O'Toole
                      Daniel E. O'Toole
                      Clerk of Court

s31