NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATATREASURY CORPORATION,**
*Appellant*

**v.**

**FIDELITY NATIONAL INFORMATION SERVICES, INC.,**
*Appellee*

---

2016-1046, -1048

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00020 and CBM2014-00021.

------------------------------------------------------------------------

**DATATREASURY CORPORATION,**
*Appellant*

**v.**

**JACK HENRY AND ASSOCIATES, INC.,**
*Appellee*

---

2016-1050, -1052

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00056 and CBM2014-00057.

---

**O R D E R**

Upon review of this court's October 16, 2015 order, which referenced incorrect appeal numbers in the text of the order,

IT IS ORDERED THAT:

(1) This court's October 16, 2015 order is vacated.

(2) Appeals 2016-1046 and 2016-1048 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above.

(2) Appeals 2016-1050 and 2016-1052 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above.

(3) The two sets of consolidated cases shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31